Opinion issued July 26, 2007

 













In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00577-CV






IN RE RONNIE WALLS AND PAL-Z, INC., Relators






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 By petition for writ of mandamus, relators, Ronnie Walls and Pal-Z, Inc.,
challenge the trial court's December 6, 2006 denial of their "Second Motion for
Clarification on Defendants' Motion to Compel Arbitration" and May 3, 2007 denial
of their "Motion to Reconsider Defendants' Motion to Compel Arbitration." (1) 

 We deny the petition for writ of mandamus.

PER CURIAM


Panel consists of Chief Justice Radack and Justices Keyes and Higley.

 

1. - 
 
 -